Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
**KAZEROUNI LAW GROUP, APC**
245 Fischer Avenue, Suite D1
Costa Mesa, CA 92626
Telephone:   (800) 400-6808
Facsimile:   (800) 520-5523

*Attorneys for Plaintiff,*
Carrie Julius

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| **CARRIE JULIUS, Individually and on behalf of all others similarly situated**,<br><br>                 **Plaintiff,**<br>v.<br><br>**Gobble, Inc.,**<br><br>                 **Defendant.** | **CASE NO: 3:15-cv-02463-H-JLB**<br><br>**NOTICE OF UNILATERAL DISMISSAL OF ACTION WITHOUT PREJUDICE AS TO THE NAMED PLAINTIFF AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS** |
|---|---|

Plaintiff CARRIE JULIUS hereby moves this Court to dismiss the above entitled action without prejudice as to the named Plaintiff and without prejudice as to the Putative Class.

WHEREFORE, Plaintiff respectfully requests that this court dismiss this action without prejudice as to the named Plaintiff and without prejudice as to the Putative Class.

Date:  November 19, 2015                                           **KAZEROUNI LAW GROUP, APC**

                                                                                          By:  s/Abbas Kazerounian
                                                                                                  Abbas Kazerounian
                                                                                                  Attorneys for Plaintiff